

> Defendant's letter-motion requesting an extension of time to file the certified administrative record ("CAR") (ECF No. 9) is GRANTED, and the deadline to file the CAR is EXTENDED to **Monday, July 26, 2021**.
>
> The Clerk of Court is respectfully directed to close ECF No. 9.
>
> SO ORDERED 6/1/2021
>
> *SARAH L. CAVE*
> United States Magistrate Judge

**By ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Reed v. Commissioner of Social Security,* No. 21 Civ. 1341 (MKV) (SLC)

Dear Judge Cave:

      This Office represents Andrew M. Saul, the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action brought pursuant to 42 U.S.C. § 405(g), in which the plaintiff challenges a decision to deny her application for Social Security disability benefits.

      I respectfully write to request, with the plaintiff's consent, a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from May 25, 2021, to July 26, 2021, *nunc pro tunc*. The extension is necessary due to delays in preparing the certified administrative record due to temporary workplace changes implemented by the Social Security Administration in response to the COVID-19 pandemic. These changes have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations and materially affected its ability to prepare certified administrative records and to obtain transcriptions of hearing recordings from private contractors. I apologize for the lateness of this request, but the extension would enable the agency to prepare the administrative record and facilitate resolution of this action on the merits.

      This is the Commissioner's first request for an extension of time to file the certified administration record, and the plaintiff consents to this request.

I thank the Court for its consideration of this request.

        Respectfully,

        AUDREY STRAUSS
        United States Attorney

BY:   /s/ Amanda F. Parsels
        AMANDA F. PARSELS
        Assistant United States Attorney
        Tel.: (212) 637-2780
        Email: amanda.parsels@usdoj.gov

cc:     Wayne Kenneth Reed (by mail)
       *Plaintiff* Pro Se