UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE KENNETH REED,<br><br>                       Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                       Defendant. | CIVIL CASE NO. 21 Civ. 1341 (MKV) (SLC)<br><br>**ORDER** |

SARAH L. CAVE, **United States Magistrate Judge**:

On June 1, 2021, the Court granted the Commissioner's letter-motion requesting an extension of time to file the certified administrative record ("CAR") and extended the CAR submission deadline to July 26, 2021. (ECF Nos. 9, 10). The Commissioner has not filed the CAR or requested a further extension of the CAR submission deadline. As a courtesy, the CAR submission deadline is EXTENDED, nunc pro tunc, to **Monday, August 2, 2021**.

Dated:     New York, New York
                July 28, 2021                                          SO ORDERED.

                                                                               _____
                                                                               SARAH L. CAVE
                                                                               United States Magistrate Judge