UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE KENNETH REED,<br><br>                              Plaintiff,<br><br>  -v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                            Defendant. | CIVIL CASE NO. 21 Civ. 1341 (MKV) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE, United States Magistrate Judge**:

On July 28, 2021, the Commissioner of Social Security (the "Commissioner") filed the certified administrative record ("CAR") in this action. (ECF No. 12). Accordingly, under the Court's Standing Order M10-468 (ECF No. 3), the Commissioner's deadline to file its motion for judgment on the pleadings (the "Motion") was **Monday, September 27, 2021**. The Commissioner has not filed the Motion, nor has it requested an extension of this deadline.

As a courtesy, the Commissioner's deadline to file the Motion is EXTENDED, nunc pro tunc, to **Monday, October 4, 2021**.[1]

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff pro se Wayne Kenneth Reed at the address below.

Dated:     New York, New York
             September 30, 2021                    SO ORDERED.

                                                               SARAH L. CAVE
                                                               United States Magistrate Judge

---

[1] The Court notes that the Commissioner previously failed to request an extension of the CAR submission deadline and the Court extended that deadline as a courtesy. (ECF No. 11).

Mail To:       Wayne Kenneth Reed
1020 Walton Avenue
Apt. 2F
Bronx, New York 10452