## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

WAYNE KENNETH REED,

               Plaintiff,                                      21 **CIVIL** 1341 (MKV)(SLC)

    -v-                                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2022, Magistrate Judge Jones's Report and Recommendation is ADOPTED in its entirety, and the Commissioner's motion is granted; accordingly, the case is closed.

**Dated:**  New York, New York
           September 29, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                                        **BY:**    *K. Mango*

                                                               **Deputy Clerk**